EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2011 TSPR 143 |
| Regla 4 del Reglamento del Programa De Educación Jurídica Continua de 2005 | 183 DPR ___ |

Número del Caso: ER-2011-04

Fecha: 30 de septiembre de 2011

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Regla 4 del Reglamento del          ER-2011-04
Programa de Educación
Jurídica Continua de 2005

RESOLUCIÓN

En San Juan Puerto Rico, a 30 de septiembre de 2011.

El Reglamento del Programa de Educación Jurídica Continua de 2005, aprobado el 8 de abril de 2005, 164 DPR 555 (2005), excluye de sus disposiciones a quienes "están inactivos, ya sea por edad o por incapacidad física o mental, luego de que el Tribunal Supremo aceptó su solicitud de baja voluntaria del ejercicio de la profesión en Puerto Rico". También excluye a aquellos que tienen un estatus de "colegiado inactivo" certificado por el Colegio de Abogados de Puerto Rico.

Este Tribunal ha adoptado un procedimiento uniforme para solicitar el cambio de estatus a abogado(a) inactivo(a) en el Registro Único de Abogados y Abogadas (RUA), mediante un formulario que establece claramente los requisitos y las consecuencias del cambio así solicitado. Con la adopción de dicho procedimiento, se dispondrá de un único proceso para efectuar cambios de estatus activo a estatus inactivo. Por lo tanto, para estar relevado del requisito de educación jurídica continua será necesario que se tramite el cambio a través de la Secretaría del Tribunal Supremo. Los profesionales del Derecho acogidos a tal clasificación, al no poder ejercer la profesión mientras la tengan, no estarían

obligados a cumplir con los requisitos de educación jurídica continua. Así pues, resulta necesario eliminar cualquier proceso alterno o paralelo que tenga efectos similares, como lo es el estatus de colegiado inactivo certificado por el Colegio de Abogados de Puerto Rico, en aras de evitar confusión en cuanto a los requisitos y para lograr que éstos se apliquen de manera uniforme.

Conforme a lo anterior, se enmienda el inciso (C)(3)(b) y se elimina el inciso (C)(3)(f) de la Regla 4 del Reglamento del Programa, para que disponga como sigue:

"(A) …
(1)…
(2)…
(B) …
(C) Se excluye de las disposiciones de este Reglamento a:
(1)…
(2)…
(3) los profesionales del Derecho que cumplan con cualquiera de las siguientes características:
(a)…
(b) están inactivos, luego de que el Tribunal Supremo les haya aceptado su Solicitud de cambio a estatus de abogado inactivo en el Registro de Abogados y Abogadas;
(c)…
(d)…
(e)…
(f) están prohibidos por mandato de ley de practicar como tales durante el término que la propia ley lo disponga".

La presente Resolución tiene efectividad inmediata. No obstante, las certificaciones de colegiados inactivos y colegiadas inactivas vigentes al presente tendrán validez hasta el 31 de diciembre de 2011. Todo colegiado inactivo o colegiada inactiva, según certificado por el Colegio de Abogados de Puerto Rico, que interese estar clasificado como inactivo o inactiva a partir del 1 de enero de 2012, deberá presentar ante la Secretaría del Tribunal Supremo una Solicitud de cambio de estatus de abogado inactivo en el Registro de Abogados y Abogadas y obtener la aprobación del Tribunal.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                             Secretaria del Tribunal Supremo